| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com<br><br>In Re:<br><br>June Marie Fisher,<br><br>                          Debtor | Order Filed on October 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:  19-29950<br><br>Hearing Date:  October 6, 2021 at 9:00am<br><br>Chapter: 13<br><br>Judge:  CMG |

## ORDER COMPELLING ALLSTATE INSURANCE COMPANY TO PAY CASUALTY PROCEEDS TO SANTANDER CONSUMER, USA AND ANY REMAINING PROCEEDS TO DEBTOR AS A RESULT OF AUTO ACCIDENT

    The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: October 9, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    June Marie Fisher
Case No.    18-11379
Caption of Order: ORDER COMPELLING ALLSTATE INSURANCE COMPANY TO PAY CASUALTY PROCEEDS TO SANTANDER CONSUMER, USA AND ANY REMAINING PROCEEDS TO DEBTOR AS A RESULT OF AUTO ACCIDENT
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Order compelling AllState Insurance Company to pay casualty proceeds to Santander Consumer, USA. and pay remaining proceeds to debtors as a result of auto accident and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that AllState Insurance Company shall pay Santander Consumer, USA the balance due on the secured vehicle loan; and it is

**FURTHER O R D E R E D** that any remaining balance from the proceeds of the insurance policy claim shall be paid directly to the debtors, June Marie Fisher, by sending a check to his attorney, William H. Oliver, Jr., Esq., 2240 Route 33, Suite 112, Neptune, NJ 07753; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.