| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on October 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>June Marie Fisher,<br><br>        Debtor | Case No.: 19-29950<br><br>Hearing Date: October 6, 2021 at 9:00am<br><br>Chapter: 13<br><br>Judge: CMG |

### ORDER COMPELLING ALLSTATE INSURANCE COMPANY TO PAY CASUALTY PROCEEDS TO SANTANDER CONSUMER, USA AND ANY REMAINING PROCEEDS TO DEBTOR AS A RESULT OF AUTO ACCIDENT

  The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: October 9, 2021**

                     _/s/ Christine M. Gravelle_
                     Honorable Christine M. Gravelle
                     United States Bankruptcy Judge

Debtor:      June Marie Fisher
Case No.     18-11379
Caption of Order: ORDER COMPELLING ALLSTATE INSURANCE COMPANY TO PAY CASUALTY PROCEEDS TO SANTANDER CONSUMER, USA AND ANY REMAINING PROCEEDS TO DEBTOR AS A RESULT OF AUTO ACCIDENT
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtors for an Order compelling AllState Insurance Company to pay casualty proceeds to Santander Consumer, USA. and pay remaining proceeds to debtors as a result of auto accident and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that AllState Insurance Company shall pay Santander Consumer, USA the balance due on the secured vehicle loan; and it is

**FURTHER O R D E R E D** that any remaining balance from the proceeds of the insurance policy claim shall be paid directly to the debtors, June Marie Fisher, by sending a check to his attorney, William H. Oliver, Jr., Esq., 2240 Route 33, Suite 112, Neptune, NJ 07753; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 19-29950-CMG
June Marie Fisher                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 12, 2021 | Form ID: pdf903 | Total Noticed: 1

William H. Oliver, Jr.
                              on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7