UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**OLIVER & LEGG, LLC**
Attorneys at Law
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
(732) 988-1500 - Fax (732) 775-7404

| | |
|---|---|
| In Re: | Case No.:  19-29950 |
| JUNE MARIE FISHER, | Adv. No.: |
| Debtor | Hearing Date: n/a |
| | Judge: Christine M. Gravelle |

### SUPPLEMENTAL DISCLOSURE OF CHAPTER 13
### DEBTOR'S ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

(1)  Debtor has paid Attorney $50.00 on October 21, 2021 toward the preparation of her Last Will and Testament and Estate Planning documents.

I have not agreed to share compensation with another person(s) unless they are members of my law firm.

Date:   October 21, 2021

/s/ William H. Oliver, Jr.
WILLIAM H. OLIVER, JR.