UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re:<br><br>June Marie Fisher,<br><br>Debtor. | Case No.: _____19-29950-CMG_____<br><br>Chapter: _____13_____<br><br>Hearing Date: _____1/19/2022_____<br><br>Judge: _____Gravelle_____ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒ Settled              ☐ Withdrawn

Matter: Motion for Relief from Stay re: 16 Twyford Lane (Docket # 55)

_____

Date: 1/14/2022_____              /s/ Denise Carlon_____
                                          Signature

*rev.8/1/15*