Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-29950 / CMG

June Marie Fisher

Petition Filed Date: 10/22/2019
341 Hearing Date: 11/21/2019
Confirmation Date: 01/15/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/05/2021 | $287.00 | | 02/03/2021 | $287.00 | | 03/08/2021 | $287.00 | |
| 04/01/2021 | $287.00 | | 04/28/2021 | $287.00 | | 05/26/2021 | $287.00 | |
| 06/25/2021 | $287.00 | | 07/23/2021 | $287.00 | | 08/27/2021 | $287.00 | |
| 09/24/2021 | $287.00 | | 10/22/2021 | $287.00 | | 11/29/2021 | $345.00 | |
| 12/28/2021 | $345.00 | | 01/28/2022 | $345.00 | | | | |

**Total Receipts for the Period: $4,192.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $7,712.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | June Marie Fisher | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. »» AMD DISCLOSURE | Attorney Fees | $4,160.00 | $4,160.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP »» 2019 NISSAN ALTIMA/LEASE/SV 7/15/20 | Debt Secured by Vehicle No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,250.53 | $271.36 | $6,979.17 |
| 3 | SANTANDER CONSUMER USA INC »» 2015 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,067.10 | $77.38 | $1,989.72 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,943.91 | $222.48 | $5,721.43 |
| 6 | MIDFIRST BANK »» P/16 TWYFORD LN/1ST MTG/VILLAGE CAPITA | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC »» CARECREDIT | Unsecured Creditors | $6,762.69 | $253.14 | $6,509.55 |
| 8 | SYNCHRONY BANK »» AMAZON.COM STORE CARD | Unsecured Creditors | $2,449.38 | $91.67 | $2,357.71 |
| 9 | SYNCHRONY BANK »» LOWE'S CC | Unsecured Creditors | $4,550.38 | $170.30 | $4,380.08 |
| 10 | SunRun Total Solar | Secured Creditors No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. »» ORDER 12/16/20 | Attorney Fees | $613.75 | $613.75 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. »» ORDER 10/28/21 | Attorney Fees | $622.00 | $622.00 | $0.00 |

**Chapter 13 Case No. 19-29950 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MIDFIRST BANK | Mortgage Arrears | $7,235.28 | $0.00 | $7,235.28 |
| | »» 16 TWYFORD LANE/PP ARREARS 1/27/22 | | | | |
| 12 | MIDFIRST BANK | Mortgage Arrears | $538.00 | $316.02 | $221.98 |
| | »» 16 TWYFORD LANE/ATTY FEES 1/27/22 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,712.00 | Plan Balance: | $11,472.00 ** |
| Paid to Claims: | $6,798.10 | Current Monthly Payment: | $345.00 |
| Paid to Trustee: | $597.88 | Arrearages: | $58.00 |
| Funds on Hand: | $316.02 | Total Plan Base: | $19,184.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at <u>www.ndc.org</u> or
scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**