UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) June Marie Fisher
courtdocs@oliverandlegg.com

Case No.: 19-29950
Chapter: 7
Adv. No.:
Hearing Date:
Judge: CMG

In Re:

June Marie Fisher
   Debtor

## CERTIFICATION OF SERVICE

1. I, __Marie Chamra__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __William H. Oliver, Jr__, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __5/6/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order for Amendment to Schedules and Notice of Bankrupcty

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/6/2022

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AES<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Community Medical Center<br>P.O. Box 903<br>Oceanport, NJ 07757-0903<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deborah Specialty Physicians<br>Attn: #15823X<br>P.O. Box 14000<br>Belfast, ME 04915<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dr Vijay Kamath<br>25 Mule Rd UNIT B5<br>Toms River, NJ 08755<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IC System<br>Attn: Bankruptcy Dept.<br>444 Highway 96 East<br>PO Box 64378<br>Saint Paul, MN 55164<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Millstone Twp Fire District<br>PO Box 949<br>Matawan, NJ 07747-0949<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan Motor Acceptance Corp/Infinity Lt<br>Attn: Bankruptcy<br>Po Box 660360<br>Dallas, TX 75266<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan Motor Acceptance Corp/Infinity Lt<br>Pob 660366<br>Dallas, TX 75266<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Optum Rx<br>PO Box 9040<br>Carlsbad, CA 92018-9040<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quality Medical Transport<br>co Stillman Law<br>50 Tower Office Park<br>Woburn, MA 01801<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Westlake Portfolio Management, LLC<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of ProcessService Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quality Medical Transport<br>P. O. Box 320<br>Bayville, NJ 08721<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RWJ Health Network<br>PO Box 21989<br>New York, NY 10087-0001<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westlake Portfolio Management, LLC<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90054<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westlake Portfolio Management, LLC<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010<br>Att: President, Vice President, Officer, Managing Or General Agent Or Any Other Agent Authorized By Appointment Or By Law To Receive Service Of Process | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |