

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>June Marie Fisher | Case No.:     19-29950<br><br>Judge:     Gravelle<br><br>Chapter:     13 |
|---|---|

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that   Albert Russo   is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is   Converted  .

DATED: 5/17/2022

Christine M. Gravelle
Judge, United States Bankruptcy Court