FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−29950−CMG | **DATE FILED::** 10/22/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** June Marie Fisher xxx−xx−7936 | **ADDRESS OF DEBTOR(S):** 16 Twyford Lane Manchester Township, NJ 08759 |
| **DEBTOR'S ATTORNEY:** William H. Oliver, Jr. Oliver & Legg, LLC 2240 State Highway 33 Suite 112 Neptune, NJ 07753 732−988−1500 | **TRUSTEE:** Karen E. Bezner 567 Park Avenue, Suite 103 Scotch Plains, NJ 07076 (908) 322−8484 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/11/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 16, 2022

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-29950-CMG
June Marie Fisher  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: May 16, 2022  Form ID: noa  Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |
| aty | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| r | + | Partners Realty Group, 321 Main Street, Woodbridge, NJ 07095-1225 |
| cr | + | VILLAGE CAPITAL & INVESTMENT, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519570169 | + | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518524912 | | Chase Bank, PO Box 659732, Manchester Township, NJ 08759 |
| 519570171 | + | Deborah Specialty Physicians, Attn: #15823X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 519570172 | + | Dr Vijay Kamath, 25 Mule Rd UNIT B5, Toms River, NJ 08755-5037 |
| 519570174 | | Millstone Twp Fire District, PO Box 949, Matawan, NJ 07747-0949 |
| 519570177 | | Optum Rx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 519570179 | + | Quality Medical Transport, P. O. Box 320, Bayville, NJ 08721-0429 |
| 519570178 | + | Quality Medical Transport, co Stillman Law, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 519570180 | | RWJ Health Network, PO Box 21989, New York, NY 10087-0001 |
| 518524925 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518524926 | + | SunRun Total Solar, 45 Fremont St., 32nd Floor, San Francisco, CA 94105-2258 |
| 518524942 | + | Village Capital & Investment LLC, PO Box 531667, Henderson, NV 89053-1667 |
| 519570182 | + | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 519570181 | + | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: AISMIDFIRST | May 17 2022 00:28:00 | MidFirst Bank, 999 NW Grand Blvd. #110, Oklahoma City, OK 73118-6051 |
| 518524908 | + | EDI: BANKAMER.COM | May 17 2022 00:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518524907 | + | EDI: BANKAMER.COM | May 17 2022 00:28:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518524910 | | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518524909 | + | EDI: CAPITALONE.COM | May 17 2022 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 19-29950-CMG    Doc 83    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: noa | Total Noticed: 62 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 518564226 | + EDI: AIS.COM | May 17 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524911 | EDI: RMSC.COM | May 17 2022 00:28:00 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518524915 | + EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518524916 | + EDI: WFNNB.COM | May 17 2022 00:28:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519570170 | Email/Text: ebn@rwjbh.org | May 16 2022 20:39:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 518889869 | + EDI: AISACG.COM | May 17 2022 00:28:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519570173 | + EDI: IIC9.COM | May 17 2022 00:33:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518524917 | EDI: IRS.COM | May 17 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629713 | EDI: JEFFERSONCAP.COM | May 17 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518524913 | EDI: JPMORGANCHASE | May 17 2022 00:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518524914 | EDI: JPMORGANCHASE | May 17 2022 00:28:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518571997 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 16 2022 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518524918 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2022 20:38:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518524919 | + Email/Text: PBNCNotifications@peritusservices.com | May 16 2022 20:38:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519309435 | + EDI: AISMIDFIRST | May 17 2022 00:28:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518524920 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 16 2022 20:38:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518524921 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 16 2022 20:38:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518524922 | + EDI: RMSC.COM | May 17 2022 00:28:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518524923 | + Email/Text: enotifications@santanderconsumerusa.com | May 16 2022 20:39:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518524924 | + Email/Text: enotifications@santanderconsumerusa.com | May 16 2022 20:39:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518570027 | + Email/Text: enotifications@santanderconsumerusa.com | May 16 2022 20:39:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518524927 | + EDI: RMSC.COM | May 17 2022 00:28:00 | Synchorny Bank/Lowe's, PO Box 965004, Orlando, FL 32896-5004 |
| 518633403 | + EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables |

Case 19-29950-CMG    Doc 83    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: noa | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518524928 | | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518524929 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524930 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518524931 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524932 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518524933 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524934 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518524936 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524935 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524937 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524938 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524939 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524940 | + | EDI: RMSC.COM | May 17 2022 00:28:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519570181 | ^ | MEBN | May 16 2022 20:31:15 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518572202 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518584399 | ##+ | VILLAGE CAPITAL & INVESTMENT, LLC, VILLAGE CAPITAL & INVESTMENT, LLC., 2863 ST. ROSE PARKWAY, HENDERSON NV 89052-4806 |
| 518524941 | ##+ | Village Capital & Investment, 2863 Saint Rose Pkwy, Henderson, NV 89052-4806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 8