UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

June Marie Fisher,

Debtor.

Case No.:       19-29950-CMG

Chapter:              13

Hearing Date:       6/7/2022

Judge:              Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Motion for Relief from Stay re: 16 Twyford Lane (Docket # 75)

_____

Date: 5/24/2022                                          /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*