# Comparable Market Analysis

*Fisher*

## 16 Twyford Ln, Manchester, NJ, 08759

Tuesday, May 24, 2022



**Presented by:**
Mike Mennie, 'Your Trusted Adviser in Real Estate'
Pittenger Realty LLC
Office:
Mobile: 732-539-1687
mmennie@pittengerrealty.com
http://www.pittengerrealty.com



**COMMENTS**

The Enclosed Comparative Market Analysis is based on the Adult Community Leisure Knoll and the Fairfax Model, All Comparable Sales were from the end of October 2019 and 6 months previous (April 2019), The Subject Property has 2 updated Bathrooms w/a Sunroom, the Kitchen is Original Builders Grade from 1986. Based on the condition and the comparable sales, the Price of 170K is about the Value at this period of Time. Thank you.

*This report is not an appraisal and is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. If an appraisal is desired, the services of a licensed appraiser should be obtained.*