UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) June Fisher
courtdocs@oliverandlegg.com

In Re:

June Fisher
    Debtor

Case No.: 19-29950
Adv. Pro. No.: _____
Chapter: 7
Subchapter V: ☐ Yes ☐ No
Hearing Date: 7/5/2022
Judge: C. M. Gravelle

## ADJOURNMENT REQUEST

1. I, __William Oliver, Jr.__,

   ☒ am the attorney for: __JuneFisher__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Compel Trustee to File a Notice of Proposed Abandonment

   Current hearing date and time: 7/5/2022

   New date requested: 8/2/2022 at 10:00 am

   Reason for adjournment request: With the filing of a CrossMotion by the Trustee, additional time is needed to meet with the debtor and to schedule an appraisal

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   The Chapter 7 Trustee has given her consent to adjourn the matter for a month

I certify under penalty of perjury that the foregoing is true.

Date: 6/27/2022

William H. Oliver, Jr.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: August 2, 2022 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT:** If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.

*rev.10/2021*