UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

**Order Filed on August 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Christine M. Gravelle, U.S.B.J.

# CONSENT ORDER CONFIRMING WITHDRAWAL OF DEBTOR'S MOTION TO COMPEL ABANDONMENT, AND CONFIRMING DEBTOR'S COOPERATION WITH LISTING AND SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 3, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Consent Order Confirming Withdrawal Of Debtor's Motion To Compel Abandonment, And Confirming Debtor's Cooperation With Listing And Sale Of Real Property

---

**ORDERED** that:

1) The Debtor withdraws her motion to compel abandonment.

2) The Debtor will cooperate with the listing and sale of the real property at 16 Twyford Lane, Manchester Township, New Jersey.

3) The Trustee agrees that the real estate broker's commission shall be limited to 5%.

4) The Debtor's motion to compel abandonment (ECF #91) and the Trustee's opposition and cross motion to compel cooperation (ECF #93 and 94) are resolved in full through this consent order.

We hereby consent to the form and entry of the within Order.


**OLIVER & LEGG, LLC**
Counsel for the Debtor



By: /s/ William H. Oliver, Jr.
    William H. Oliver, Jr., Esq.


**KAREN E. BEZNER, ESQ.**
Counsel for the Chapter 7 Trustee



By: /s/ Karen E. Bezner
    Karen E. Bezner, Esq.