UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Christine M. Gravelle, U.S.B.J.

Order Filed on August 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER CONFIRMING WITHDRAWAL OF DEBTOR'S MOTION TO COMPEL ABANDONMENT, AND CONFIRMING DEBTOR'S COOPERATION WITH LISTING AND SALE OF REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: August 3, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Consent Order Confirming Withdrawal Of Debtor's Motion To Compel Abandonment, And Confirming Debtor's Cooperation With Listing And Sale Of Real Property

---

**ORDERED** that:

1) The Debtor withdraws her motion to compel abandonment.

2) The Debtor will cooperate with the listing and sale of the real property at 16 Twyford Lane, Manchester Township, New Jersey.

3) The Trustee agrees that the real estate broker's commission shall be limited to 5%.

4) The Debtor's motion to compel abandonment (ECF #91) and the Trustee's opposition and cross motion to compel cooperation (ECF #93 and 94) are resolved in full through this consent order.

We hereby consent to the form and entry of the within Order.


**OLIVER & LEGG, LLC**
Counsel for the Debtor


By: /s/ William H. Oliver, Jr.
    William H. Oliver, Jr., Esq.


**KAREN E. BEZNER, ESQ.**
Counsel for the Chapter 7 Trustee


By: /s/ Karen E. Bezner
    Karen E. Bezner, Esq.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29950-CMG |
| June Marie Fisher | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 9