| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | June Marie Fisher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7936<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–29950–CMG | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

June Marie Fisher

10/21/22    **By the court:**  Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
June Marie Fisher  
    Debtor

Case No. 19-29950-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 21, 2022      Form ID: 318      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| r | + | Partners Realty Group, 321 Main Street, Woodbridge, NJ 07095-1225 |
| cr | + | VILLAGE CAPITAL & INVESTMENT, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519570169 | + | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518524912 | | Chase Bank, PO Box 659732, Manchester Township, NJ 08759 |
| 519570171 | + | Deborah Specialty Physicians, Attn: #15823X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 519570172 | + | Dr Vijay Kamath, 25 Mule Rd UNIT B5, Toms River, NJ 08755-5037 |
| 519570173 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164 |
| 519570174 | | Millstone Twp Fire District, PO Box 949, Matawan, NJ 07747-0949 |
| 519570177 | # | Optum Rx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 519570179 | + | Quality Medical Transport, P. O. Box 320, Bayville, NJ 08721-0429 |
| 519570178 | + | Quality Medical Transport, co Stillman Law, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 519570180 | | RWJ Health Network, PO Box 21989, New York, NY 10087-0001 |
| 518524925 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518524926 | + | SunRun Total Solar, 45 Fremont St., 32nd Floor, San Francisco, CA 94105-2258 |
| 518524942 | + | Village Capital & Investment LLC, PO Box 531667, Henderson, NV 89053-1667 |
| 519570182 | + | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Oct 21 2022 20:44:25 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: AISMIDFIRST | Oct 22 2022 00:43:00 | MidFirst Bank, 999 NW Grand Blvd. #110, Oklahoma City, OK 73118-6051 |
| 518524908 | + | EDI: BANKAMER.COM | Oct 22 2022 00:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518524907 | + | EDI: BANKAMER.COM | | |

Case 19-29950-CMG    Doc 105    Filed 10/23/22    Entered 10/24/22 00:14:40    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2022 | Form ID: 318 | Total Noticed: 62 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 22 2022 00:43:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518524910 | | EDI: CAPITALONE.COM | Oct 22 2022 00:43:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518524909 | + | EDI: CAPITALONE.COM | Oct 22 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564226 | + | EDI: AIS.COM | Oct 22 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524911 | | EDI: RMSC.COM | Oct 22 2022 00:43:00 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518524915 | + | EDI: WFNNB.COM | Oct 22 2022 00:43:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518524916 | + | EDI: WFNNB.COM | Oct 22 2022 00:43:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519570170 | | Email/Text: ebn@rwjbh.org | Oct 21 2022 20:48:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 518889869 | + | EDI: AISACG.COM | Oct 22 2022 00:43:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519570173 | | EDI: LCIICSYSTEM | Oct 22 2022 00:43:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164 |
| 518524917 | | EDI: IRS.COM | Oct 22 2022 00:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629713 | | EDI: JEFFERSONCAP.COM | Oct 22 2022 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518524913 | | EDI: JPMORGANCHASE | Oct 22 2022 00:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518524914 | | EDI: JPMORGANCHASE | Oct 22 2022 00:43:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518571997 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 21 2022 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518524918 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2022 20:48:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518524919 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 21 2022 20:48:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519309435 | + | EDI: AISMIDFIRST | Oct 22 2022 00:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518524920 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 21 2022 20:48:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518524921 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 21 2022 20:48:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518524922 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518524923 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 21 2022 20:48:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518524924 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 21 2022 20:48:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518570027 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 21 2022 20:48:00 | Santander Consumer USA Inc., PO Box 560284, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2022 | Form ID: 318 | Total Noticed: 62 |

| Recip ID | | Notice Type | Notice Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75356-0284 |
| 518524927 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchorny Bank/Lowe's, PO Box 965004, Orlando, FL 32896-5004 |
| 518633403 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518524928 | | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518524929 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524930 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518524931 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524932 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518524933 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524934 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518524936 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524935 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524937 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524938 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524939 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524940 | + | EDI: RMSC.COM | Oct 22 2022 00:43:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519570181 | ^ | MEBN | Oct 21 2022 20:43:09 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518572202 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518584399 | ##+ | VILLAGE CAPITAL & INVESTMENT, LLC, VILLAGE CAPITAL & INVESTMENT, LLC., 2863 ST. ROSE PARKWAY, HENDERSON NV 89052-4806 |
| 518524941 | ##+ | Village Capital & Investment, 2863 Saint Rose Pkwy, Henderson, NV 89052-4806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew M. Lubin
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Robert Cameron Legg
    on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9