UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-29950 |
| June Marie Fisher | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

_____Karen E. Bezner_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle, U.S.B.J. on February 14, 2023 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   16 Twyford Lane, Manchester, New Jersey  08759

Proposed Purchaser:   Karen and Thomas Muldoon

Sale price:  $320,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Partners Realty Group/Homesmart First Advantage
Amount to be paid:  $8,950.00/$7,050.00; Total:  $16,000.00
Services rendered:  Listing and sale of real property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | | |
|---|---|---|
| Name: | Karen E. Bezner, Trustee | /s/ Karen E. Bezner |
| Address: | 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076 | |
| Telephone No.: | (908) 322-8484 | |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29950-CMG |
| June Marie Fisher | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf905 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| r | + | Partners Realty Group, 321 Main Street, Woodbridge, NJ 07095-1225 |
| cr | + | VILLAGE CAPITAL & INVESTMENT, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519570169 | + | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518524912 | | Chase Bank, PO Box 659732, Manchester Township, NJ 08759 |
| 519570171 | + | Deborah Specialty Physicians, Attn: #15823X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 519570172 | + | Dr Vijay Kamath, 25 Mule Rd UNIT B5, Toms River, NJ 08755-5037 |
| 519570174 | | Millstone Twp Fire District, PO Box 949, Matawan, NJ 07747-0949 |
| 519570177 | # | Optum Rx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 519570179 | + | Quality Medical Transport, P. O. Box 320, Bayville, NJ 08721-0429 |
| 519570178 | + | Quality Medical Transport, co Stillman Law, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 519570180 | | RWJ Health Network, PO Box 21989, New York, NY 10087-0001 |
| 518524925 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518524926 | + | SunRun Total Solar, 45 Fremont St., 32nd Floor, San Francisco, CA 94105-2258 |
| 518524942 | + | Village Capital & Investment LLC, PO Box 531667, Henderson, NV 89053-1667 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jan 13 2023 20:52:36 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 13 2023 20:58:37 | MidFirst Bank, 999 NW Grand Blvd. #110, Oklahoma City, OK 73118-6051 |
| 518524908 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 20:55:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518524907 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 20:55:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518524910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 20:58:46 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf905 | Total Noticed: 62 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518524909 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 20:58:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564226 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 20:58:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524911 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:40 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518524915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518524916 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519570170 | | Email/Text: ebn@rwjbh.org | Jan 13 2023 20:56:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 518889869 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2023 20:58:48 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519570173 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 13 2023 20:56:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518524917 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629713 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2023 20:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518524913 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 20:58:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518524914 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 20:58:23 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518571997 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518524918 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 20:56:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518524919 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 20:56:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519309435 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 13 2023 20:58:23 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518524920 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518524921 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518524922 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:41 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518524923 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2023 20:56:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518524924 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2023 20:56:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 518570027 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2023 20:56:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518524927 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | Synchorny Bank/Lowe's, PO Box 965004, Orlando, FL 32896-5004 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: pdf905 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518633403 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 21:09:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518524928 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 21:09:05 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518524929 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:39 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524930 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 21:09:01 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518524931 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524932 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518524933 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524934 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518524936 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:51 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524935 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:39 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524937 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:48 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524938 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:48 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524939 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524940 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:48 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519570182 | ^ | MEBN | Jan 13 2023 20:52:37 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 519570181 | ^ | MEBN | Jan 13 2023 20:51:45 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518572202 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518584399 | ##+ | VILLAGE CAPITAL & INVESTMENT, LLC, VILLAGE CAPITAL & INVESTMENT, LLC., 2863 ST. ROSE PARKWAY, HENDERSON NV 89052-4806 |
| 518524941 | ##+ | Village Capital & Investment, 2863 Saint Rose Pkwy, Henderson, NV 89052-4806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 13, 2023 | Form ID: pdf905 | Total Noticed: 62 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Robert Cameron Legg | on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9