Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−29950−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    June Marie Fisher
    16 Twyford Lane
    Manchester Township, NJ 08759

Social Security No.:
    xxx−xx−7936

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

16 Twyford Lane, Manchester, New Jersey.


Dated: February 8, 2023
JAN: gan

                              Jeanne Naughton
                              Clerk