| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | Order Filed on February 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JUNE MARIE FISHER, | Case No.: 19-29950<br><br><br><br>Judge: Hon. Christine M. Gravelle, U.S.B.J. |

### ORDER AUTHORIZING SALE OF REAL PROPERTY AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: February 15, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Order Authorizing Sale of Real Property And For Other Relief

---

**ORDERED** that:

1) Karen E. Bezner, Chapter 7 trustee is hereby authorized to sell the real property at 16 Twyford Lane, Manchester, New Jersey 08759 to Karen and Thomas Muldoon for the purchase price of $320,000.00, said sale to be conducted free and clear of all mortgages, liens, judgments and other encumbrances, such mortgages, liens, judgments and other encumbrances as are proven valid to attach to the proceeds of sale.

2) This Order confirms that the Trustee has rejected the contract between the debtor and Sun Run Total Solar dated June 14, 2011. Said contract is avoided as an encumbrance against the property pursuant to 11 U.S.C. Section 363(f).

3) The proposed sale meets the requirements of 11 U.S.C. Section 363(b) and (f), and satisfies the requirements of In Re Abbott's Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

4) The mortgage lien to Midfirst Bank shall be paid in full at closing.

5) The Trustee is authorized to pay the real estate brokers at closing in the following amounts: Partners Realty Group, 2.75% plus $150.00, or $8,950.00; Homesmart First Advantage, 2.25% minus $150.00, or $7,050.00.