UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

**Order Filed on February 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Christine M. Gravelle, U.S.B.J.

**ORDER AUTHORIZING SALE OF REAL PROPERTY AND FOR OTHER RELIEF**

The relief set forth on the following pages, numbered two (2) through ___2___ is
hereby **ORDERED**.

**DATED: February 15, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Order Authorizing Sale of Real Property And For Other Relief

**ORDERED** that:

1)      Karen E. Bezner, Chapter 7 trustee is hereby authorized to sell the real property at 16 Twyford

Lane, Manchester, New Jersey 08759 to Karen and Thomas Muldoon for the purchase price of $320,000.00,

said sale to be conducted free and clear of all mortgages, liens, judgments and other encumbrances, such

mortgages, liens, judgments and other encumbrances as are proven valid to attach to the proceeds of sale.

2)      This Order confirms that the Trustee has rejected the contract between the debtor and Sun Run

Total Solar dated June 14, 2011.  Said contract is avoided as an encumbrance against the property pursuant to 11

U.S.C. Section 363(f).

3)      The proposed sale meets the requirements of 11 U.S.C. Section 363(b) and (f), and satisfies the

requirements of In Re Abbott's Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

4)      The mortgage lien to Midfirst Bank shall be paid in full at closing.

5)      The Trustee is authorized to pay the real estate brokers at closing in the following amounts:

 Partners Realty Group, 2.75% plus $150.00, or $8,950.00; Homesmart First Advantage, 2.25% minus $150.00,

or $7,050.00.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-29950-CMG

June Marie Fisher                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 2

Date Rcvd: Feb 15, 2023                 Form ID: pdf903                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |

District/off: 0312-3                          User: admin                                      Page 2 of 2
Date Rcvd: Feb 15, 2023                  Form ID: pdf903                              Total Noticed: 1

Michael A. Artis
                          on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Robert Cameron Legg
                          on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9