UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

**Order Filed on July 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Christine M. Gravelle, U.S.B.J.

# ORDER EXPUNGING CLAIM NO. 1 FILED BY NISSAN MOTOR ACCEPTANCE CORP.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 16, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Order Expunging Claim No. 1 Filed By Nissan Motor Acceptance Corp.

---

**ORDERED** that Claim No. 1 filed by Nissan Motor Acceptance Corp. on November 1, 2019 in the amount of $11,999.40 be and the same is hereby expunged.