UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

---

**Order Filed on July 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Christine M. Gravelle, U.S.B.J.

### ORDER EXPUNGING CLAIM NO. 3 FILED BY SANTANDER CONSUMER USA, INC.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 16, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Debtor: June Marie Fisher
Case No.: 19-29950 (CMG)
Caption of Order: Order Expunging Claim No. 3 Filed By Santander Consumer USA, Inc.

---

**ORDERED** that Claim No. 3 filed by Santander Consumer USA, Inc. on November 15, 2019 in the amount of $16,148.86 be and the same is hereby expunged.