Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−29950−MEH
                    Chapter: 7
                    Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   June Marie Fisher
   16 Twyford Lane
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−7936

Employer's Tax I.D. No.:

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

      Please be advised that on October 30, 2024, the court entered the following quality control message on the court's docket in the above−captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:130 Final Application for Compensation for Bederson, LLP, Accountant, period: 7/27/2023 to 10/29/2024, fee: $4,067.50, expenses: $37.29. Filed by Bederson, LLP. Hearing scheduled for 12/5/2024 at 02:00 PM at MEH − Courtroom 2, Trenton. (Attachments: # 1 Affidavit # 2 Proposed Order) filed by Accountant Bederson, LLP) (km)

Dated: October 30, 2024
JAN: km

                                                                                              Jeanne Naughton
                                                                                              Clerk