Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29950−MEH
Chapter: 7
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   June Marie Fisher
   16 Twyford Lane
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−7936

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date:    12/5/24
Time:    02:00 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson, LLP, Accountant

COMMISSION OR FEES
fee: $4,067.50

EXPENSES
expenses: $37.29

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 30, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
June Marie Fisher  
    Debtor

Case No. 19-29950-MEH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 30, 2024      Form ID: 137      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Ave., Suite 310, Fairfield, NJ 07004 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| r | + | Partners Realty Group, 321 Main Street, Woodbridge, NJ 07095-1225 |
| cr | + | VILLAGE CAPITAL & INVESTMENT, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518524912 | | Chase Bank, PO Box 659732, Manchester Township, NJ 08759 |
| 519570171 | + | Deborah Specialty Physicians, Attn: #15823X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 519570172 | + | Dr Vijay Kamath, 25 Mule Rd UNIT B5, Toms River, NJ 08755-5037 |
| 519570174 | | Millstone Twp Fire District, PO Box 949, Matawan, NJ 07747-0949 |
| 519570179 | + | Quality Medical Transport, P. O. Box 320, Bayville, NJ 08721-0429 |
| 519570178 | + | Quality Medical Transport, co Stillman Law, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 519570180 | | RWJ Health Network, PO Box 21989, New York, NY 10087-0001 |
| 518524926 | + | SunRun Total Solar, 45 Fremont St., 32nd Floor, San Francisco, CA 94105-2258 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | ^ MEBN | Oct 30 2024 20:34:32 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2024 20:55:22 | MidFirst Bank, 999 NW Grand Blvd. #110, Oklahoma City, OK 73118-6051 |
| 519570169 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 30 2024 20:35:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518524908 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2024 20:34:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518524907 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2024 20:34:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518524910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-29950-MEH    Doc 132    Filed 11/01/24    Entered 11/02/24 00:14:50    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 137 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Oct 30 2024 20:43:55 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518524909 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2024 20:43:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564226 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2024 20:44:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524911 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:05 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518524915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2024 20:35:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518524916 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2024 20:35:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 519570170 | | Email/Text: ebn@rwjbh.org | Oct 30 2024 20:36:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 518889869 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2024 20:55:01 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519570173 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 30 2024 20:35:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518524917 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2024 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518629713 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2024 20:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518524913 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2024 20:43:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518524914 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2024 20:43:05 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518571997 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 30 2024 20:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518524918 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 30 2024 20:35:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518524919 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 30 2024 20:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519309435 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2024 20:44:51 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518524920 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 30 2024 20:35:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518524921 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 30 2024 20:35:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518524922 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:44:39 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518524925 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2024 20:35:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518524923 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2024 20:36:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518524924 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2024 20:36:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |

Case 19-29950-MEH   Doc 132   Filed 11/01/24   Entered 11/02/24 00:14:50   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 137 | Total Noticed: 62 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518570027 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2024 20:36:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518524927 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:44:42 | Synchorny Bank/Lowe's, PO Box 965004, Orlando, FL 32896-5004 |
| 518524928 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:43:05 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518633403 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2024 20:55:12 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524929 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:02 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524930 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:19 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518524931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524932 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:22 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518524933 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:43:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524934 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:06 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518524936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:43:47 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:06 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524937 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:11 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:06 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:55:19 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2024 20:43:05 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518524942 | ^ | MEBN | Oct 30 2024 20:37:26 | Village Capital & Investment LLC, PO Box 531667, Henderson, NV 89053-1667 |
| 519570182 | ^ | MEBN | Oct 30 2024 20:36:39 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 519570181 | ^ | MEBN | Oct 30 2024 20:34:37 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518572202 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519570177 | ## | Optum Rx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 518584399 | ##+ | VILLAGE CAPITAL & INVESTMENT, LLC, VILLAGE CAPITAL & INVESTMENT, LLC., 2863 ST. ROSE PARKWAY, HENDERSON NV 89052-4806 |
| 518524941 | ##+ | Village Capital & Investment, 2863 Saint Rose Pkwy, Henderson, NV 89052-4806 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: 137 | Total Noticed: 62 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Robert Cameron Legg | on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9