UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on December 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUNE MARIE FISHER,

Case No.: 19-29950

Judge: Hon. Mark Edward Hall, U.S.B.J.

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 19, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

(Page 2)
Debtor: June Marie Fisher
Case No.: 19-29950 (MEH))
Caption of Order: ORDER GRANTING ALLOWANCES

---

This Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Esq.<br>Counsel for the Trustee | $14,200.00 | $768.35 |