Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29950−MEH
Chapter: 7
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    June Marie Fisher
    16 Twyford Lane
    Manchester Township, NJ 08759

Social Security No.:
    xxx−xx−7936

Employer's Tax I.D. No.:

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
OF HEARING ON APPLICATIONS FOR COMPENSATION
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Mark Edward Hall on:

DATE:        February 13, 2025
TIME:        02:00 PM
LOCATION:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $346,204.84
TOTAL DISBURSEMENTS:    $226,354.24
BALANCE ON HAND:        $119,850.60

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen E. Bezner
Trustee

COMMISSION OR FEES
$16,685.87

EXPENSES
$509.74

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 10, 2025
JAN: gan

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
June Marie Fisher  
    Debtor

Case No. 19-29950-MEH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 10, 2025      Form ID: 192      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | June Marie Fisher, 16 Twyford Lane, Manchester Township, NJ 08759-6710 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Ave., Suite 310, Fairfield, NJ 07004 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| r | + | Partners Realty Group, 321 Main Street, Woodbridge, NJ 07095-1225 |
| cr | + | VILLAGE CAPITAL & INVESTMENT, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518524912 | | Chase Bank, PO Box 659732, Manchester Township, NJ 08759 |
| 519570171 | + | Deborah Specialty Physicians, Attn: #15823X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 519570172 | + | Dr Vijay Kamath, 25 Mule Rd UNIT B5, Toms River, NJ 08755-5037 |
| 519570174 | | Millstone Twp Fire District, PO Box 949, Matawan, NJ 07747-0949 |
| 519570179 | + | Quality Medical Transport, P. O. Box 320, Bayville, NJ 08721-0429 |
| 519570178 | + | Quality Medical Transport, co Stillman Law, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 519570180 | | RWJ Health Network, PO Box 21989, New York, NY 10087-0001 |
| 518524926 | + | SunRun Total Solar, 45 Fremont St., 32nd Floor, San Francisco, CA 94105-2258 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jan 10 2025 21:45:05 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2025 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 10 2025 22:08:11 | MidFirst Bank, 999 NW Grand Blvd. #110, Oklahoma City, OK 73118-6051 |
| 519570169 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 10 2025 22:02:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518524908 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2025 22:00:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518524907 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2025 22:00:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518524910 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-29950-MEH   Doc 143   Filed 01/12/25   Entered 01/13/25 00:26:26   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: 192 | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| 518524909 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2025 22:07:24 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518564226 | + Email/PDF: ebn_ais@aisinfo.com | Jan 10 2025 22:08:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518524911 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524915 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2025 22:07:44 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518524916 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2025 22:03:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570170 | Email/Text: ebn@rwjbh.org | Jan 10 2025 22:03:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 518889869 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2025 22:04:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 519570173 | + Email/Text: Bankruptcy@ICSystem.com | Jan 10 2025 22:07:53 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518524917 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2025 22:02:00 | IC System, Attn: Bankruptcy Dept., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518629713 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2025 22:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518524913 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2025 22:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518524914 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2025 22:07:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518571997 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 10 2025 22:08:18 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518524918 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2025 22:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518524919 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2025 22:00:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519309435 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 10 2025 22:00:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| | | Jan 10 2025 22:25:27 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518524920 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 10 2025 22:01:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518524921 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 10 2025 22:01:00 | Nissan Motor Acceptance Corp/Infinity Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518524922 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:15 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 518524925 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2025 22:01:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518524923 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2025 22:04:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518524924 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2025 22:04:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |

Case 19-29950-MEH   Doc 143   Filed 01/12/25   Entered 01/13/25 00:26:26   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: 192 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518570027 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 10 2025 22:04:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518524927 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:23 | Synchorny Bank/Lowe's, PO Box 965004, Orlando, FL 32896-5004 |
| 518524928 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:07:22 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518633403 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2025 22:08:29 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524929 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:25 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518524930 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:29 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518524931 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524932 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:07:22 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518524933 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524934 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:07:24 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 518524936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:07:42 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:07:35 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524937 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:31 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518524938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:15 | Synchrony Bank/ShopNBC, Po Box 965005, Orlando, FL 32896-5005 |
| 518524939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:27 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518524940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:08:09 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518524942 | ^ | MEBN | Jan 10 2025 21:45:54 | Village Capital & Investment LLC, PO Box 531667, Henderson, NV 89053-1667 |
| 519570182 | ^ | MEBN | Jan 10 2025 21:45:06 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 519570181 | ^ | MEBN | Jan 10 2025 21:43:03 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518572202 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519570177 | ## | Optum Rx, PO Box 9040, Carlsbad, CA 92018-9040 |
| 518584399 | ##+ | VILLAGE CAPITAL & INVESTMENT, LLC, VILLAGE CAPITAL & INVESTMENT, LLC., 2863 ST. ROSE PARKWAY, HENDERSON NV 89052-4806 |
| 518524941 | ##+ | Village Capital & Investment, 2863 Saint Rose Pkwy, Henderson, NV 89052-4806 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 10, 2025 | Form ID: 192 | Total Noticed: 62 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

**Name**   **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew M. Lubin
on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Karen E. Bezner
Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Robert Cameron Legg
on behalf of Debtor June Marie Fisher courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9