| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>TRENTON DIVISION |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Karen E. Bezner<br>567 Park Ave. Suite 103<br>Scotch Plains, NJ 07076<br><br>Chapter 7 Trustee |
| In Re:<br><br>FISHER, JUNE MARIE<br>SS #xxx-xx-7936 |

Order Filed on February 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-29950

Judge: Mark Edward Hall

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: February 19, 2025

_Honorable Mark E. Hall_
United States Bankruptcy Judge

Page 2
Debtor: FISHER, JUNE MARIE
Case No.: 19-29950
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $16,685.87 is reasonable compensation for the services in this case by Karen E. Bezner, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $509.74 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.